ANTHONY RUSSO, an Infant, under the Age of Fourteen Years, by JACK RUSSO, His Guardian ad Litem, Respondent, and JACK RUSSO, Individually, Plaintiff, v. HAROLD D. WATSON and SADIE GOLDBERG ROSEMAN, as Executors of and Trustees under the Last Will and Testament of DORA GOLDBERG, Deceased, Appellants.— In an action by an infant plaintiff to recover damages alleged to have resulted from the appellants' negligence in the maintenance of a staircase affording ingress to and egress from a two-family house in which the infant's parents resided and of which the infant's father was a tenant, and by the father to recover damages for loss of services, the infant plaintiff recovered a verdict against the appellants. The jury found in favor of the appellants as to the father's claim for loss of services. The father does not appeal. Judgment in favor of the infant plaintiff unanimously affirmed, with costs. Appeal from order denying appellants' motion for a new trial dismissed as no such order is printed in the record. The dangerous condition of the staircase was attributable to the acts or omissions of an independent contractor. (*Matter of Beach* v. *Velzy*, 238 N. Y. 100.) Nevertheless, in this case the appellants, landlords, were liable for his acts or omissions, as it was their duty to maintain the staircase in a reasonably safe condition for use. That duty was of a personal character. The appellants could not discharge it by delegating the operations even to a competent independent contractor. (*Paltey* v. *Egan*, 200 N. Y. 83, 91.) Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

HENRIETTA SCHLEI and Others, as Executors, etc., of WILLIAM HENRY COLE, Deceased, Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment reversed on the law and a new trial ordered in the City Court of Yonkers, costs to abide the event, for error in excluding defendant's proof and on the authority of *Rudolph* v. *John Hancock M. L. Ins. Co.* (251 N. Y. 208); *Strang* v. *Prudential Ins. Co.* (263 id. 71); *Cirrincioni* v. *Metropolitan Life Insurance Co.* (223 App. Div. 461), and *Vecchio* v. *Metropolitan Life Ins. Co.* (224 id. 301). Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur.

JOHN SCHWAB, Appellant, v. JOSEPH KRYSIEWICZ and ANNA KRYSIEWICZ, JOHN KWIATKOWSKI and FRANCES KWIATKOWSKI, and CORN EXCHANGE BANK TRUST COMPANY, as Trustee for ANDREW NAVONI, under the Last Will and Testament of JAMES F. NAVONI, Deceased (Trust 4), Respondents, and Others, Defendants.— Action in ejectment. Judgment dismissing the complaint unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.